UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA

              -against-

ROBERT DESTRANGE,

                     Defendant.

-------------------------------------------------------------X

**MEMORANDUM**

22 Cr. 331 (NSR)

TO:    NELSON S. ROMÁN, UNITED STATES DISTRICT JUDGE

       Please find attached a transcript of the June 14, 2022, plea allocution over which I presided, setting forth my Report and Recommendation to you.  Please let me know if I can be of further assistance.


Dated: June 27, 2022
       White Plains, New York

                                  Respectfully submitted,

                                  _____
                                  ANDREW E. KRAUSE
                                  United States Magistrate Judge

June 27, 2022

This transcript represents my Report and Recommendation to the Honorable Nelson

S. Román, United States District Judge.

**SO ORDERED.**

_____

ANDREW E. KRAUSE
United States Magistrate Judge